IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09 CV 2731 |
| NEMETH GLASS, INC., an Illinois Corp., | ) ) | Judge Hibbler |
| Defendant. | ) | Mag. Judge Nolan |

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, NEMETH GLASS, INC., an Illinois Corp., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That judgment in the amount of TWENTY FOUR THOUSAND FOUR HUNDRED FIFTY AND 32/100 DOLLARS ($24,450.32), which amount includes Court costs in the amount of FOUR HUNDRED FIVE AND 00/100 DOLLARS ($405.00) and attorney's fees in the amount of ONE THOUSAND TWO HUNDRED THIRTY AND

00/100 DOLLARS ($1,230.00) is entered against NEMETH GLASS, INC., an Illinois Corp., and in favor of MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND.

4. That Defendant shall comply with and perform according to the terms and conditions of his Collective Bargaining Agreement with Local Union No. 781.

5. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

DATED: 8/6/09

ENTER:

_____
U.S. District Court Judge

ROBERT B. GREENBERG
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558