**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 09CV2731** |
| **NEMETH GLASS, INC., an Illinois Corp.,** | ) | **Judge Hibbler** |
| **Defendant.** | ) | **Mag. Judge Nolan** |
| **GLENVIEW STATE BANK,** | ) | |
| **Garnishee Defendant.** | ) | |

**MOTION FOR JUDGMENT ON GARNISHMENT ANSWER**

NOW COME the Plaintiff, MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $1,313.07 in favor of Plaintiff and against Garnishee Defendant, GLENVIEW STATE BANK, pursuant to Garnishee's answer to Plaintiff's garnishment, attached hereto as Exhibit 1, and further to order Garnishee Defendant to pay Plaintiff the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: October 8, 2009